**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**AUBREY THOMPSON**                                                                                       **PLAINTIFF**

                                                                                             **NO. 1:20-CV-220-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                     **DEFENDANT**

**FINAL JUDGMENT**

Consistent with the Memorandum Opinion [22] entered today, the Acting Commissioner's decision is AFFIRMED.

**SO ORDERED AND ADJUDGED** this, the 15th day of September, 2021.

                                                   /s/ Jane M. Virden
                                                   U.S. MAGISTRATE JUDGE